# Court of Appeals
# of the State of Georgia

ATLANTA,   July 23, 2015

*The Court of Appeals hereby passes the following order:*

**A15A2054.  BRANDI NICOLE LANHAM v. THE STATE.**

Brandi Lanham pled guilty to several felony offenses, and the trial court entered her judgment of conviction on April 23, 2015.  Lanham filed a pro se notice of appeal on June 15, 2015.  We lack jurisdiction.

To be timely, a notice of appeal must be filed within 30 days of entry of the order on appeal.  See OCGA § 5-6-38 (a).  The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court.  *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995).  Because Lanham filed her notice of appeal 53 days after entry of the order she seeks to appeal, it is untimely.  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.

We note, however, that Lanham was represented by counsel before the trial court and may be entitled to pursue an out-of-time appeal.  She is therefore informed of the following in accordance with *Rowland v. State*, supra at 875-876:  This appeal has been dismissed because you failed to file a timely notice of appeal.  If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal.  If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction.  If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The Clerk of Court is directed to send a copy of this order to Lanham and to Lanham's attorney, and the latter is also directed to send a copy to Lanham.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,*_____07/23/2015_____

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ , *Clerk.*